UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY VALENTINO,

      Plaintiff,

v.

ELI LILLY AND COMPANY, an Indiana corporation,

      Defendant.

CASE NO.: 6:14-cv-01816-ORL-41KRS

**DEFENDANT ELI LILLY AND COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Eli Lilly and Company ("Lilly") hereby gives notice that on March 31, 2015, the United States District Court for the Southern District of Florida issued an Order denying Plaintiffs' Motion to Transfer Venue in *Gollin v. Eli Lilly and Company,* Case No. 14-CV-61810 (attached as Exhibit A), which addresses the issues raised in Plaintiff's nearly identical Motion to Transfer Venue filed in this case on February 16, 2015 [Dkt. 26].

Dated: April 1, 2015

By: /s/ Scott W. Anderson
Scott W. Anderson
Florida Bar No.: 738311
SHOOK, HARDY & BACON L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810
(813) 202-7100
(813) 221-8837 (fax)
sanderson@shb.com

Phyllis A. Jones, *pro hac vice*
Michael X. Imbroscio *pro hac vice*
Covington & Burling LLP
One CityCenter

220883 v1

        850 Tenth Street NW
        Washington, DC 20001
        (202) 662-6000
        pajones@cov.com
        mimbroscio@cov.com
        *Attorneys for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

        s/Scott W. Anderson
        Attorney

220883 v1