UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANTHONY VALENTINO,**

        **Plaintiff,**

**v.**                             **Case No:  6:14-cv-1816-Orl-41KRS**

**ELI LILLY AND COMPANY,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Transfer Venue to the Southern District of Indiana Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer," Doc. 26). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation, which recommends that the Motion to Transfer be denied without prejudice. (Doc. 39, at 15).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Transfer (Doc. 26) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record